**Frank A. CARTER, Jr., Chief Disciplinary Counsel**

v.

**Stephen R. WALSH, Esquire.**

**No. 79-227-M.P.**

Supreme Court of Rhode Island.

Nov. 29, 1979.

Frank A. Carter, Jr., Barrington, pro se.

Charles H. McLaughlin, Providence, for respondent.

ORDER

The respondent's motion seeking clarification of the mandate in the above cause, which directs him to submit his resignation forthwith from the practice of law, is denied.